USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6·22·21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIKA MERA,

          Plaintiff,

- against -

THE MOUNT SINAI HOSPITAL,

          Defendants.

21-cv-3887 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to file a Rule 26(f) report by **June 29, 2021.**

SO ORDERED.

Dated:    New York, New York
            June 22, 2021

                                          John G. Koeltl
                                    United States District Judge