UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIKA MERA,

               Plaintiff,

    - against -

THE MOUNT SINAI HOSPITAL,

               Defendants.

21-cv-3887 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 6, 2021 is canceled in light of the scheduling order entered in ECF No. 16.

SO ORDERED.

Dated:    New York, New York
           July 2, 2021

                         John G. Koeltl
               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-2-2021