UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIKA MERA,

                       Plaintiff,

     - against -

THE MOUNT SINAI HOSPITAL,

                       Defendant.

---

21-cv-3887 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should submit the proposed settlement to the Court for approval by **February 18, 2022**. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 200 (2d Cir. 2015).

SO ORDERED.

Dated:    New York, New York
           January 21, 2022

                                              John G. Koeltl
                                        United States District Judge