# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                     Tel: 718-740-1000
Email: abdul@abdulhassan.com             Fax: 718-740-2000
*Employment and Labor Lawyer*           Web: www.abdulhassan.com

**March 2, 2022**

**Via ECF**

Hon. John G. Koeltl, USDJ
United States District Court
500 Pearl Street, Courtroom
New York, NY 10007-1312
Tel: 212-805-0222

```
Application granted.  SO ORDERED.
New York, New York      /s/John G. Koeltl
March 3, 2022           John G. Koeltl, U.S.D.J.
```

                 **Re: Mera v. The Mount Sinai Hospital**
                    Case No.  21-CV-03887 (JGK)(JW)
                    Motion for Extension of Time

Dear Judge Koeltl:

       My firm represents plaintiff Erika Mera ("Plaintiff"), in the above-referenced action, and I respectfully write to request a 30-day extension of the March 2, 2022 deadline for Plaintiff to file a stipulation of dismissal. This request is being made because we have not yet received the settlement payments which are due on March 30, 2022. No prior request for an extension of this deadline was made.

       We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:**     **Defense Counsel via ECF**

1