# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**April 1, 2022**

**Via ECF**

Hon. John G. Koeltl, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 12B
New York, NY 10007-1312
Tel: 212-805-0222

APPLICATION GRANTED
SO ORDERED

4/4/22
John G. Koeltl, U.S.D.J.

**Re: Mera v. The Mount Sinai Hospital**
**Case No. 21-CV-03887 (JGK)(JW)**
**Motion for Extension of Time**

Dear Judge Koeltl:

My firm represents plaintiff Erika Mera ("Plaintiff"), in the above-referenced action, and I respectfully write to request brief one-week extension of the April 1, 2022 deadline for Plaintiff to file a stipulation of dismissal. This request is being made because we received the settlement payments today and need some additional time to confirm that settlement payments have cleared. One prior request for an extension of this deadline was made and granted.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

**cc:    Defense Counsel via ECF**

1